IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GENNADIY ZERNITSKIY,<br><br>    Defendant. | Case No.  6:23-po-00119-HBK<br><br>ORDER GRANTING MOTION TO STRIKE GOVERNMENT'S EXHIBIT 1 TO OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS<br><br>(Doc. No. 17) |

Pending before the Court is the parties stipulated motion filed on August 2, 2023. (Doc. No. 17).  The parties request the Court to strike Exhibit 1 to the Government's Opposition to Defendant's Motion to Suppress (Doc. No. 15-1), which is correctly identified as the body worn camera of Ranger Obernesser during her November 24, 2022, interview of the complaining witness in this case, because it is not relevant to the to the issues raised in Defendant's pending Motion to Suppress (Doc. No. 11).  The Court finds Exhibit 1 not relevant to the issues raised in Defendant's Motion to Suppress. Fed. R. Evid. Rule 401.

Accordingly, it is Ordered:

1. The parties stipulated motion to strike (Doc. No. 17) is GRANTED

2. The Court strikes Exhibit 1 to Government's Opposition to Defendant's Motion to Suppress (Doc. No. 15-1) from the record.

3. The Court will hear argument on Defendant's Motion to Suppress (Doc. No. 11) on August 15, 2023, at 10:00 AM in Yosemite.

DONE AND ORDERED.

Dated:   August 3, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE